1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | BOBBIE J. MONTOYA
Assistant United States Attorney
3 | Eastern District of California
501 I Street, Suite 10-100
4 | Sacramento, CA  95814-2322
Telephone: (916) 554-2775
5 | Facsimile:  (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-2531-JAM-KJN |
|---|---|
| Petitioner, | **ORDER TO DISMISS AND CLOSE CASE** |
| v. | |
| ROBERT BAILEY LITTLE, | |
| Respondent. | |

Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 13, the Court DIMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

DATED: 10/20/2016          /s/ John A. Mendez
                           HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE

[proposed] ORDER TO DISMISS AND CLOSE CASE     1